# IN THE UNITED STATES BANKRUPTCY COURT
# FOR DISTRICT OF DELAWARE

IN RE: | CHAPTER 7
**SOMODY, INC.**

Debtor(s) | CASE NO. **05-12480-MFW**

## APPLICATION TO PAY COMBINED UNCLAIMED CHECK INTO THE COURT

MONTAGUE S. CLAYBROOK, TRUSTEE, Chapter 7 Trustee, respectfully represents as follows:

1. The Debtor's Chapter 13 case was filed on September 2, 2005.

2. The Chapter 13 Case was converted to a case under Chapter 7 of the Bankruptcy Code on.

3. I was appointed Chapter 7 Bankruptcy Trustee on September 2, 2005.

4. The following Creditor's disbursement was made and returned as undeliverable. The Trustee has exhausted every method of locating said creditor and has been unsuccessful in locating a successor to these allowed funds:

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 356 | MARIA RADERMACHER<br>705 SW 11TH STREET<br>WILLMAR, MN 56201 | 138 | 612.69 |
| 401 | Johnson & Johnson Sales & Logistics<br>199 Grand View Rd.<br>Skillman, NJ 08558 | 6 | 42,000.59 |
| 404 | TYCO ADHESIVES<br>DEPT 0010450<br>PALANTINE, IL 60055 | 9 | 3,047.18 |
| 439 | DAVIS ENTERPRISES LLC<br>641 PHEASANT RUN<br>WEST FARGO, ND 58078 | 49 | 721.05 |
| 448 | BRISTOL-MYERS PRODUCTS CO<br>P.O. BOX 95155<br>CHICAGO, IL 60694 | 58 | 3,569.59 |
| 455 | MAYTAG APPLIANCE SALES CO<br>HOOVER CO, P.O. BOX 95764<br>CHICGO, IL 60694 | 65 | 400.87 |
| 456 | SPWIPES CORPORATION<br>P. O. BOX 1258<br>LOOMIS, CA 95650 | 67 | 522.25 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 480 | THE WHITE RAIN COMPANY<br>135 S. LASALLE, DEPT. 1934<br>CHICAGO, IL 60674 | 94 | 1,217.00 |
| 481 | SOPUS PRODUCTS<br>910 Lousiana Rm 2034<br>Houston, TX 77002 | 95 | 3,326.74 |
| 488 | REID TIMOTHY ELMER<br>816 FRANK HALL DR.<br>ALBERT LEA, MN 56007 | 109 | 48.51 |
| 490 | KAL KREATIONS<br>P.O. BOX 2417<br>SAUSALITO, CA 94966 | 114 | 1,709.23 |
| 496 | GROVE CITY MINI STORAGE<br>3300 SOUTHWEST BLVD<br>GROVE CITY, OH 43123 | 132 | 263.14 |
| 508 | SENTINEL CONSUMER PRODUCTS<br>P.O. BOX 74234<br>CLEVELAND, OH 44194 | 167 | 1,723.21 |
| 512 | Unilever HPC<br>75 Merritt Blvd.<br>Trumbull, CT 06611 | 179 | 16,249.38 |
| 513 | Gerber Products Co.<br>445 State Street<br>Fremont, MI 49413-0001 | 181 | 2,185.82 |

$ 77,597.25

5. Such a Balance represents returned funds for which the Trustee requests permission to pay into the Court.

WHEREFORE, MONTAGUE S. CLAYBROOK, TRUSTEE, Chapter 7 Trustee, respectfully requests that the Court permit the Estate's funds of ($77,597.25), be paid to the Clerk for deposit to the Treasury.

Dated: November 5, 2009

*/s/ MONTAGUE S. CLAYBROOK, TRUSTEE*
MONTAGUE S. CLAYBROOK, TRUSTEE,
Chapter 7 Trustee
913 NORTH MARKET STREET, SUITE 900
WILMINGTON, DE 19801
(302) 661-1804