IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

IN RE: | CHAPTER 7
SOMODY, INC.

Debtor(s) | CASE NO. 05-12480-MFW

Re: 153

## ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

IT IS ORDERED that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion, in the amount of $61,347.87 representing payment of claims to creditors, to the Clerk, United States Bankruptcy Court for the District of Delaware.

IT IS FURTHER ORDERED that the following creditor shall be reissued a check in the amount of $16,249.38 and shall negotiate said check with 10 days from the date of the check. A representative of Unilever contacted the Trustee prior to the hearing stating that the original check was presented for payment after the 90 day deadline and after the Trustee had placed a stop payment on all stale checks; therefore, said creditor has been located and payment is hereby authorized, payable to Unilever HPC as indicated below

| Claim No. | Creditor | Prior Check No. | Amount: |
|---|---|---|---|
| 512 | Unilever HPC<br>75 Merritt Blvd.<br>Trumbull, CT 06611<br>Attention: Kristin Holland | 179 | $16,249.38 |

UNITED STATES BANKRUPTCY JUDGE

Ordered this 16th day of December, 2009.