**KAL KREATIONS, INCORPORATED**
"We Kreate Sales"
34 Knolltop Court, Suite 211
Novato, CA, 94945
415-892-0470 / 800-287-9642 / FAX 415-897-5273
E-mail: les@kalkreations.com

5/19/2010

Delaware Bankruptcy Court
824 North Market Street
Wilmington, DE  19801

Dear Sir or Madam;

Referring to case #0512480-MFW. KAL Kreations is owed $1709.23. Docket #158 is attached for my claim. Please send $1709.23.

Sincerely,

Les Baskind
President

IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

IN RE:  
    SOMODY, INC.

CHAPTER 7

Debtor(s)

CASE NO. 05-12480-MFW

## APPLICATION TO PAY COMBINED UNCLAIMED CHECK INTO THE COURT

MONTAGUE S. CLAYBROOK, TRUSTEE, Chapter 7 Trustee, respectfully represents as follows:

1. The Debtor's Chapter 13 case was filed on September 2, 2005.

2. The Chapter 13 Case was converted to a case under Chapter 7 of the Bankruptcy Code on.

3. I was appointed Chapter 7 Bankruptcy Trustee on September 2, 2005.

4. The following Creditor's disbursement was made and returned as undeliverable. The Trustee has exhausted every method of locating said creditor and has been unsuccessful in locating a successor to these allowed funds:

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 356 | MARIA RADERMACHER<br>705 SW 11TH STREET<br>WILLMAR, MN 56201 | 138 | 612.69 |
| 401 | Johnson & Johnson Sales & Logistics<br>199 Grand View Rd.<br>Skillman, NJ 08558 | 6 | 42,000.59 |
| 404 | TYCO ADHESIVES<br>DEPT 0010450<br>PALANTINE, IL 60055 | 9 | 3,047.18 |
| 439 | DAVIS ENTERPRISES LLC<br>641 PHEASANT RUN<br>WEST FARGO, ND 58078 | 49 | 721.05 |
| 448 | BRISTOL-MYERS PRODUCTS CO<br>P.O. BOX 95155<br>CHICAGO, IL 60694 | 58 | 3,569.59 |
| 455 | MAYTAG APPLIANCE SALES CO<br>HOOVER CO, P.O. BOX 95764<br>CHICGO, IL 60694 | 65 | 400.87 |
| 456 | SPWIPES CORPORATION<br>P. O. BOX 1258<br>LOOMIS, CA 95650 | 67 | 522.25 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 480 | THE WHITE RAIN COMPANY<br>135 S. LASALLE, DEPT. 1934<br>CHICAGO, IL 60674 | 94 | 1,217.00 |
| 481 | SOPUS PRODUCTS<br>910 Lousiana Rm 2034<br>Houston, TX 77002 | 95 | 3,326.74 |
| 488 | REID TIMOTHY ELMER<br>816 FRANK HALL DR.<br>ALBERT LEA, MN 56007 | 109 | 48.51 |
| 490 | KAL KREATIONS<br>P.O. BOX 2417<br>SAUSALITO, CA 94966 | 114 | 1,709.23 |
| 496 | GROVE CITY MINI STORAGE<br>3300 SOUTHWEST BLVD<br>GROVE CITY, OH 43123 | 132 | 263.14 |
| 508 | SENTINEL CONSUMER PRODUCTS<br>P.O. BOX 74234<br>CLEVELAND, OH 44194 | 167 | 1,723.21 |
| 512 | Unilever HPC<br>75 Merritt Blvd.<br>Trumbull, CT 06611 | 179 | 16,249.38 |
| 513 | Gerber Products Co.<br>445 State Street<br>Fremont, MI 49413-0001 | 181 | 2,185.82 |

$ 77,597.25

5. Such a Balance represents returned funds for which the Trustee requests permission to pay into the Court.

WHEREFORE, MONTAGUE S. CLAYBROOK, TRUSTEE, Chapter 7 Trustee, respectfully requests that the Court permit the Estate's funds of ($77,597.25), be paid to the Clerk for deposit to the Treasury.

Dated: November 5, 2009

/s/ MONTAGUE S. CLAYBROOK, TRUSTEE
MONTAGUE S. CLAYBROOK, TRUSTEE,
Chapter 7 Trustee
913 NORTH MARKET STREET, SUITE 900
WILMINGTON, DE 19801
(302) 661-1804

## CERTIFICATE OF SERVICE

I, MONTAGUE S. CLAYBROOK, TRUSTEE, Chapter 7 Trustee, do hereby certify that on November 5, 2009, I caused a copy of the within motion to be served, via regular, first-class, postage paid, on the following:

Honorable Mary F. Walrath, J.U.S.B.C.
United States Bankruptcy Court
824 Market Street, 5th Floor
Wilmington, DE 19801

Office of the United States Trustee
U.S. Department of Justice
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

/s/ *MONTAGUE S. CLAYBROOK, TRUSTEE*
MONTAGUE S. CLAYBROOK, TRUSTEE
Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>    **SOMODY, INC.** | CHAPTER 7 |
| Debtor(s) | CASE NO. **05-12480-MFW** |

## ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion, in the amount of $77,597.25 representing payment of claims to creditors, to the Clerk, United States Bankruptcy Court for the District of Delaware.

_____
UNITED STATES BANKRUPTCY JUDGE

Ordered this _____ day of _____, 20_____.