## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 05-12480 |
| Somody, Inc. | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

### ORDER TO PAY UNCLAIMED FUNDS

Re: 163

It appearing that the check made payable to Sentinel Consumer Products, in the amount of $1,723.21 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Sentinel Consumer Products, Inc C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $1,723.21, to:

Sentinel Consumer Products, Inc
C/o Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027-0125.

Dated: 8/4/10

United States Bankruptcy Judge