# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>SOMODY, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 05-12480-MFW<br>(Jointly Administered)<br><br>**Related to Docket No. 169.** |

### ORDER PURSUANT TO DEL. BANKR. L.R. 3011-1 DIRECTING PAYMENT OF UNCLAIMED FUNDS

Upon the motion (the "**Withdrawal Motion**") of Johnson & Johnson Sales and Logistics Company, LLC ("**JJSL**") for the entry of an order pursuant to Del. Bankr. L.R. 3011-1 directing payment of an allegedly undeliverable distributions to JJSL; and the Court having jurisdiction to consider the Withdrawal Motion; and the Court having determined that the relief requested in the Withdrawal Motion is appropriate; and after due deliberation and sufficient cause appearing therefore, and in the absence of any objection to the relief requested,

IT IS HEREBY ORDERED THAT:

1. The Withdrawal Motion is GRANTED.

2. Within ten (10) days of the date hereof, the Clerk shall issue a check payable to "Johnson & Johnson Sales and Logistics Company, LLC" in the amount of $42,000.59, and deliver the check by certified mail or overnight courier to "Johnson & Johnson Sales and Logistics Company, LLC" c/o David W. Dykhouse, Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, New York, 10036-6710.

3. This Court shall retain jurisdiction to enforce the terms of this Order.

Date: August 16, 2010

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

08/15/10/SL1 1016617v1/000000.00000