IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 05-12480 |
| Somody, Inc. | § | |
| | § | |
| DEBTOR. | § | |
| | § | Rel. Docs 177, 181 |

ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Sopus Products, in the amount of $3,326.74 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Pennzoil Quaker State Company dba Sopus Products now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $3,326.74, to:

Pennzoil Quaker State Company dba Sopus Products
Attn: David Rodriguez, Lubricants Finance Manager
910 Louisiana Street
One Shell Plaza Room 2034
Houston, TX 77002

Dated: 10/4/10

United States Bankruptcy Judge